**Joel W. COFIELD, Plaintiff–Appellant,**

v.

**Mark SARGENT, Defendant–Appellee.**

**No. 02–1654.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2002.

Decided Nov. 15, 2002.

Joel W. Cofield, Appellant Pro Se. Dawna Marie Cobb, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joel W. Cofield appeals the district court's order denying relief on his 42 U.S.C. §§ 1983, 1985 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Cofield v. Sargent,* No. CA–02–1599–WMN (D.Md. May 10, 2002). Cofield's motion to recuse the Maryland Attorney General's Office from representing the Appellee is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*